IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                                    No. CV 16-00763 RB/WPL
                                                           No. CR 13-03668 RB

PATRICK GONZALEZ,

    Defendant/Movant.

## **JUDGMENT**

**THIS MATTER** having come before the Court under Rule 4 of the Rules Governing Section 2255 Proceedings on the Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody filed by Defendant/Movant, Patrick Gonzalez. (CV Doc. 1; CR Doc. 265) and the Court having entered its Order dismissing the § 2255 Motion,

**IT IS ORDERED** that Judgment is entered and the Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody filed by Defendant/Movant, Patrick Gonzalez. (CV Doc. 1; CR Doc. 265) is **DISMISSED** with prejudice under Rule 4 of the Rules Governing Section 2255 Proceedings.

_____
UNITED STATES DISTRICT JUDGE